IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
03 MAR 25 AM 10: 01
U.S. DISTRICT COURT
N.D. OF ALABAMA

A. C. GLOVER, )
  )
    Plaintiff, )
  )
vs. ) CV 03-JEO-0184-W
  )
ATTORNEY WILSON MYERS, )
and ATTORNEY FRANK MYERS, )
  )
    Defendants. )

ENTERED
MAR 25 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 13, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on March 20, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 24th day of March, 2003.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE



**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

| | |
|---|---|
| A. C. GLOVER,<br>　　　　Plaintiff(s)<br>　　v.<br>ATTORNEY WILSON MYERS, and<br>ATTORNEY FRANK MYERS,<br>　　　　Defendant(s) | Case Number:　CV-03-JEO-184-W |

## NOTICE OF REASSIGNMENT

　　The above-styled civil action has been reassigned to the Honorable U. W. CLEMON. Please use case number CV-03-C-184-W on all subsequent pleadings.

DATED: March 25, 2003

　　　　　　　　　　　　　　　　　　PERRY D. MATHIS, CLERK

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

PDM:pg

xc:　　Judges
　　　　Counsel